

## CENTERBOARD

January 6, 2016

Mr. Robert Tripp
Chief Executive Officer
Benefuel Inc.
6565 North MacArthur Blvd, Suite 260
Irving, TX 75039

Dear Rob:

We saw in a recent SEC Form D filing that Benefuel completed a $6 million financing on December 18, 2015. Congratulations!

Based on your December 1, 2014, notice of termination of our engagement, the engagement was terminated effective December 31, 2014, and our Tail Period extends through December 31, 2015. Since your most recent financing falls within our Tail Period, we are owed a Success Fee for the Transaction. Consequently, I have attached an invoice for our fee related to this Transaction.

We look forward to hearing about a successful commercial start-up at Beatrice later this year.

Best regards,

Kevin Singer
Managing Director

Exhibit A-3



## CENTERBOARD

January 6, 2016

## Invoice

**Bill to:**
Benefuel Inc.
6565 N. MacArthur Blvd., Suite 260
Irving, TX 75039

**Payee:**
Centerboard Securities, LLC
410 Park Avenue, 8th Floor
New York, NY 10022

**Reference Number:**
BEN 2015 Tail

| Description | Amount |
|---|---|
| Financial Advisory Success Fee – December 18, 2015 | $420,000.00 |
| **TOTAL** | $420,000.00 |

APP. 000025

CONFIDENTIAL

BENEFUEL001916